ELLEN F. ROSENBLUM
Attorney General
CHRISTINA L. BEATTY-WALTERS #981634
Senior Assistant Attorney General
PATRICIA RINCON #162336
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Tina.BeattyWalters@doj.state.or.us
       Patty.Rincon@doj.state.or.us

Attorneys for Fariborz Pakseresht and Ashley Carson-Cottingham

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PAUL KWAKE, an individual, ROBERT GEORGE VINDHURST, an individual, and GARY ROMINE, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FARIBORZ PAKSERESHT, in his offidial capacity as Director of Human Services, State of Oregon; and ASHLEY CARSON-COTTINGHAM, in her official capacity as Director of Office of Aging and People with Disabilities, a division within the Department of Human Services, State of Oregon; and JODY N. CLINE, in her capacity as Director of Senior and Disability Services, a division within the Lane Council of Governments,<br><br>　　　　Defendants. | Case No. 6:18-cv-00603-JR<br><br>NOTICE OF APPEARANCE |

Page 1 -   NOTICE OF APPEARANCE
　　　　　　TBW/j8b/8915002-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## NOTICE OF APPEARANCE

Please take notice that the undersigned is counsel of record for defendants Fariborz Pakseresht and Ashley Carson-Cottingham in this case.

DATED April  26 , 2018.

                                        Respectfully submitted,

                                        ELLEN F. ROSENBLUM
                                      Attorney General

                                        *s/ Christina L. Beatty-Walters*
                                      CHRISTINA L. BEATTY-WALTERS #981634
Senior Assistant Attorney General
PATRICIA RINCON #162336
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Tina.BeattyWalters@doj.state.or.us
Patty.Rincon@doj.state.or.us
Of Attorneys for Fariborz Pakseresht and Ashley Carson-Cottingham

Page 2 -   NOTICE OF APPEARANCE
        TBW/j8b/8915002-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## CERTIFICATE OF SERVICE

I certify that on April  26 , 2018, I served the foregoing NOTICE OF APPEARANCE upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Paul Kwake | ___ HAND DELIVERY |
| Robert George Vindhurst | _X_ MAIL DELIVERY |
| Gary Romine | ___ OVERNIGHT MAIL |
| 1865 17th St, Apt C | ___ TELECOPY (FAX) |
| Springfield, OR 97477 | _X_ E-MAIL |
| *Pro se Plaintiff* | ___ E-SERVE |

*s/ Christina L. Beatty-Walters*
CHRISTINA L. BEATTY-WALTERS #981634
Senior Assistant Attorney General
PATTY RINCON #162336
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Tina.BeattyWalters@doj.state.or.us
Patty.Rincon@doj.state.or.us
Of Attorneys for Fariborz Pakseresht and Ashley Carson-Cottingham

Page 1 -   CERTIFICATE OF SERVICE
            TBW/j8b/8915033-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000