AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| PAUL KWAKE, an individual, <br> ROBERT GEORGE VINDHUSRT, an individual, and <br> GEORGE ROMINE, an individual <br><br> *Plaintiff(s)* <br> v. <br><br> FARIBORZ PAKSERESHT, in his official capacity as Director of Human Services, State of Oregon; and ASHLEY CARSON-COTTINGHAM, and JODY N. CLINE <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 6:18-CV-603-JR <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   FARIBORZ PAKSERESHT
500 Summer Street NE E-15
Salem, OR 97301-1097

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Paul Kwake
1865 17th Street, Apartment C
Springfield, Oregon 97477

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN, Clerk of Court

Date: __04/10/2018__                By: bdavies, Deputy Clerk

FILED 26 APR '18 11:26 USDC-ORE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:18-cv-603-JR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   FARIBORZ PAKSERESHT
was received by me on *(date)*  4/10/2018

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Nancy Bathrum, who is designated by law to accept service of process on behalf of *(name of organization)* DHS Legal Unit
on *(date)* 4/11/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4/19/2018

*Server's signature*: Dale Roller

*Printed name and title*: Dale Roller

*Server's address*: 549 NW Hwy 101, Lincoln City OR

Additional information regarding attempted service, etc: