ELLEN F. ROSENBLUM
Attorney General
CHRISTINA L. BEATTY-WALTERS  #981634
Senior Assistant Attorney General
PATRICIA RINCON #162336
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Tina.BeattyWalters@doj.state.or.us
        Patty.Rincon@doj.state.or.us

Attorneys for Fariborz Pakseresht and Ashley Carson-Cottingham

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PAUL KWAKE, an individual, DANIEL CAMPBELL, an individual, DOROTHY HAWLEY, an individual, and GARY ROMINE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FARIBORZ PAKSERESHT, in his official capacity as Director of Human Services, State of Oregon; and ASHLEY CARSON-COTTINGHAM, in her official capacity as Director of Office of Aging and People with Disabilities, a division within the Department of Human Services, State of Oregon; and JODY N. CLINE, in her capacity as Director of Senior and Disability Services, a division within the Lane Council of Governments,<br><br>Defendants. | Case No.  6:18-cv-00603-JR<br><br>STATE DEFENDANTS' RESPONSE TO PLAINTIFF KWAKE'S MOTIONS FOR ENTRY OF DEFAULT FINAL JUDGMENT |

Mr. Kwake has moved for default judgment against Fariborz Pakseresht and Ashley

Carson-Cottingham (collectively, "State Defendants") pursuant to Fed. R. Civ. P. 55(b)(2).  *See*

Page 1 -    STATE DEFENDANTS' RESPONSE TO PLAINTIFF KWAKE'S MOTIONS FOR
            ENTRY OF DEFAULT FINAL JUDGMENT
            TBW/j8b/8990171-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

ECF Nos. 34 & 35.  He contends State Defendants have "failed to answer, plead or otherwise respond within the time ordered by this court or allowed by FRCP 15(a)(3)."  *Id.*  The Court should deny the motions, as there is no basis for default judgment against State Defendants.

The response to Plaintiffs' complaint (ECF No. 1) was due on May 2, 2018; however, State Defendants' moved for an extension of time to respond.  ECF No. 14.  The Court granted the motion, which Mr. Kwake did not oppose, and set the new response date for May 23, 2018.  ECF Nos. 14, 16.  On May 8, 2018, Plaintiffs filed an amended complaint.  ECF No. 19.  On May 17, 2018, well before the deadline for State Defendants' to respond to the original complaint lapsed, the Court, *sua sponte*, entered an order stating that Defendants had twenty-one days from the date of that order to file a responsive pleading to the amended complaint.  ECF No. 26.  Thus, the deadline to respond to Plaintiffs' amended complaint was June 7, 2018.  *See* Fed. R. Civ. P. 15(a)(3) (time to respond to an amended pleading can be set by court order).  State Defendants timely filed their motions to dismiss and motion to strike on June 6, 2018.  ECF No. 38.  Therefore, because State Defendants responded to the amended complaint within the time ordered by this Court, Mr. Kwake's motions should be denied.

DATED June  8 , 2018.

        Respectfully submitted,

        ELLEN F. ROSENBLUM
        Attorney General


           *s/ Patricia G. Rincon*
        CHRISTINA L. BEATTY-WALTERS #981634
        Senior Assistant Attorney General
        PATRICIA RINCON #162336
        Assistant Attorney General
        Trial Attorneys
        Tel (971) 673-1880
        Fax (971) 673-5000
        Tina.BeattyWalters@doj.state.or.us
        Patty.Rincon@doj.state.or.us
        Of Attorneys for Fariborz Pakseresht and
        Ashley Carson-Cottingham

Page 2 -   STATE DEFENDANTS' RESPONSE TO PLAINTIFF KWAKE'S MOTIONS FOR ENTRY OF DEFAULT FINAL JUDGMENT
TBW/j8b/8990171-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## CERTIFICATE OF SERVICE

I certify that on June  8 , 2018, I served the foregoing STATE DEFENDANTS' RESPONSE TO PLAINTIFF KWAKE'S MOTIONS FOR ENTRY OF DEFAULT FINAL JUDGMENT upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Paul Kwake<br>1865 17th St, Apt C<br>Springfield, OR 97477<br>    *Pro se Plaintiff* | ___ HAND DELIVERY<br> X  MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ E-MAIL<br>___ E-SERVE |
| Daniel Campbell<br>1865 17th St, Apt C<br>Springfield, OR 97477<br>    *Pro se Plaintiff* | ___ HAND DELIVERY<br> X  MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ E-MAIL<br>___ E-SERVE |
| Gary Romine<br>1865 17th St, Apt C<br>Springfield, OR 97477<br>    *Pro se Plaintiff* | ___ HAND DELIVERY<br> X  MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ E-MAIL<br>___ E-SERVE |
| Dorothy Hawley<br>1865 17th St, Apt C<br>Springfield, OR 97477<br>    *Pro se Plaintiff* | ___ HAND DELIVERY<br> X  MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ E-MAIL<br>___ E-SERVE |

Page 1 -   CERTIFICATE OF SERVICE
          TBW/j8b/8915033-v3

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

| | |
|---|---|
| Andrea D. Coit | ___ HAND DELIVERY |
| Hutchinson Cox | ___ MAIL DELIVERY |
| 940 Willamette Street, Suite 400 | ___ OVERNIGHT MAIL |
| P.O. Box 10886 | ___ TELECOPY (FAX) |
| Eugene, OR 97401-3273 | ___ E-MAIL |
| *Of Attorneys for Defendant Jody N. Cline* | _X_ E-SERVE |

    *s/ Patricia G. Rincon*
CHRISTINA L. BEATTY-WALTERS #981634
Senior Assistant Attorney General
PATTY RINCON #162336
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880 / Fax (971) 673-5000
Tina.BeattyWalters@doj.state.or.us
Patty.Rincon@doj.state.or.us
Of Attorneys for Fariborz Pakseresht and
Ashley Carson-Cottingham

Page 2 -   CERTIFICATE OF SERVICE
    TBW/j8b/8915033-v3