**Andrea D. Coit, OSB #002640**
acoit@eugenelaw.com
**Laura T.Z. Montgomery, OSB #934665**
lmontgomery@eugenelaw.com
HUTCHINSON COX
940 Willamette Street, Suite 400
P.O. Box 10886
Eugene, Oregon 97440
Telephone:   (541) 686-9160
Facsimile:    (541) 343-8693
Of Attorneys for Defendant Jody N. Cline

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **PAUL KWAKE,** an individual, **DANIEL CAMPBELL,** an individual, **DOROTHY HAWLEY,** an individual, and **GARY ROMINE,** an individual,<br><br>          Plaintiffs,<br><br>     vs.<br><br>**FARIBORZ PAKSERESHT,** in his official capacity as Director of Human Services, State of Oregon; and **ASHLEY CARSON-COTTINGHAM,** in her capacity as Director of Office of Aging and People with Disabilities, a division within the state Department of Human Services, State of Oregon; and **JODY N. CLINE,** in her capacity as Director of Senior and Disability Services, a division within the Lane Council of Governments,<br><br>          Defendants. | Case No. 6:18-cv-603-JR<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

Notice is hereby given that Laura T.Z. Montgomery of the law firm Hutchinson Cox, 940 Willamette Street, Suite 400, Eugene, Oregon 97401; telephone (541) 686–9160, is associated as counsel for Defendant Jody N. Cline.

///

Page 1 – **NOTICE OF ASSOCIATION OF COUNSEL**

All pleadings directed to Defendant Jody N. Cline should be served on Laura Montgomery of Hutchinson Cox, effective forthwith.

DATED this 15th day of June, 2018.

HUTCHINSON COX

By:   s/Andrea D. Coit
     Andrea D. Coit, OSB #002640
     Laura T.Z. Montgomery, OSB #934665
     Of Attorneys for Defendant Jody N. Cline

## CERTIFICATE OF SERVICE

I certify that on June 15, 2018, I served or caused to be served a true and complete copy of the foregoing **NOTICE OF ASSOCIATION OF COUNSEL** on the party or parties listed below as follows:

☑ Via First Class Mail, Postage Prepaid

Paul Kwake
Daniel Campbell
Dorothy Hawley
Gary Romine
1865 17th Street, Apartment C
Springfield, Oregon 97477
Email: paulkwakesr@gmail.com
    Pro Se Plaintiffs

I certify that on June 15, 2018, I served or caused to be served a true and complete copy of the foregoing **NOTICE OF ASSOCIATION OF COUNSEL** on the party or parties listed below as follows:

☑ Via CM / ECF Filing

Christina L. Beatty-Walters
Patty Rincon
Department of Justice
100 SW Market Street
Portland, Oregon 97201
    Of Attorneys for Defendants Pakseresht and Carson-Cottingham

HUTCHINSON COX

By: s/Andrea D. Coit
    Andrea D. Coit, OSB #002640
    Laura T.Z. Montgomery, OSB #934665
    Of Attorneys for Defendant Jody N. Cline