IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PAUL KWAKE, an individual, DANIEL CAMPBELL, an individual, DOROTHY HAWLEY, an individual, and GARY ROMINE, an individual,

    Plaintiffs,

    v.

FARIBORZ PAKSERESHT, in his official capacity as Director of Human Services, State of Oregon; et al.

    Defendants.

Case No. 6:18-cv-00603-JR

OPINION AND ORDER

MCSHANE, Judge:

On April 27, 2018, Plaintiffs Mr. Kwake and Mr. Romine moved for a preliminary injunction. ECF No. 15. On May 31, 2018, the Court issued an Opinion and Order denying the motion. ECF No. 30.

On May 21, 2018, before the court ruled on the motion, Plaintiffs filed an amended motion for preliminary injunctive relief which is now before this court. ECF No. 28. Because the amended motion for preliminary injunctive relief does not establish a likelihood of success on

1 – OPINION AND ORDER

the merits or a likelihood that plaintiffs will suffer irreparable harm without immediate relief, the Amended Motion for preliminary injunctive relief is DENIED.

The amended motion does not change the substance of the argument made in the original motion, but simply adds factual information regarding two new plaintiffs and deletes information regarding Mr. Vindhurst, who is no longer a plaintiff in this case. *See* Am. Mot. Prelim. Inj. ¶¶ 1, 30, 33-34, 36, ECF No. 28. The Court incorporates its reasoning as laid out in its original Opinion and Order (ECF No. 30).

Plaintiffs' amended motion for preliminary injunction (ECF No. 28) is DENIED.

IT IS SO ORDERED.

DATED this 27th day of June, 2018.

\_\_\_\_/s/Michael J. McShane\_\_\_\_\_
Michael J. McShane
United States District Judge

2 – OPINION AND ORDER