IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PAUL KWAKE, an individual,

    Plaintiff,

v.

FARIBORZ PAKSERESHT, in his official Capacity as Director of Human Services, State of Oregon; and ASHLEY CARSON-COTTINGHAM, in her official capacity as Director of Office of Aging and People with Disabilities, a division within the state Department of Human Services, State of Oregon; and EMILY A. FARRELL, in her capacity as Director of Senior and Disability services, a division within the Lane Council of Governments,

    Defendants.

Case No. 6:18-cv-00603-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 153), and the matter is now before this Court on Plaintiff's objections. *See* 28 U.S.C. §

1 – ORDER

636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 153) is adopted in full. Defendants' Motions to Dismiss (ECF Nos. 127 and 133) are GRANTED. Plaintiff Paul Kwake's claims against Defendants Fariborz Pakseresht, Ashley Carson-Cottingham, and Emily Farrell are dismissed with prejudice.

IT IS SO ORDERED.

DATED this 31st day of January, 2020.

                                                  s/Michael J. McShane
                                                      Michael McShane
                                             United States District Judge