IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DANIEL CAMPBELL,

    Plaintiff,

v.

OREGON DEPARTMENT OF HUMAN SERVICES, FARIBORZ PAKSERESHT, and ASHLEY CARSON-COTTINGHAM,

    Defendants.

Civ. No. 6:18-cv-00603-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 209), and the matter is now before this court on Plaintiff's and Defendants' objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998).

    I find no error and conclude the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 209) is adopted in full. Plaintiff's Motion for Summary Judgment, ECF No. 198, is DENIED. Defendants' Motion for Summary Judgment, ECF No. 194, is GRANTED in part and DENIED in part. Plaintiff's first claim for relief is dismissed with prejudice.

//

//

1 –ORDER

IT IS SO ORDERED.

DATED this 28th day of September, 2021.

_____/s/ Michael J. McShane_____
Michael McShane
United States District Judge

2 –ORDER